THOMAS J. BELL, SR. AND : 14th JUDICIAL DISTRICT COURT
BEULAH BELL

VS. NO. 2018-4329 D : PARISH OF CALCASIEU

CITY OF LAKE CHARLES, DON DIXON,
RICHARD HARRELL, KIRK CARROLL,
HUGO HOLLAND, and JOHN DEROSIER,
individually, and in his capacity as DISTRICT
ATTORNEY FOR CALCASIEU PARISH : STATE OF LOUISIANA
et al.

FILED:_____ : _____
                                 DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

The petition of **THOMAS J. BELL, SR.** and his wife, **BEULAH BELL**, individuals of

the full age of majority, domiciled in Lake Charles, Calcasieu Parish, Louisiana, respectfully

represents:

1.

Made defendants herein are:

**SCANNED**
**OCT 25 2018**

1. City of Lake Charles, Louisiana, a political subdivision of the State of Louisiana,
   which may be served through its Mayor, Nic Hunter, at 326 Pujo Street, Lake
   Charles, LA 70601;

2. Don Dixon, an individual of full age of majority, who may be served at 830
   Enterprise Blvd., Lake Charles, LA 70601;

3. Richard Harrell, an individual of full age of majority, who may be served at 830
   Enterprise Blvd., Lake Charles, LA 70601;

4. Kirk Carroll, an individual of full age of majority, who may be served at 830
   Enterprise Blvd., Lake Charles, LA 70601;

5. Hugo Holland, an individual of full age of majority, who may be served at 901
   Lakeshore Drive, Lake Charles, LA 70601;

6. John DeRosier, individually, and in his capacity as the District Attorney of
   Calcasieu Parish, who may be served at 901 Lakeshore Drive, Lake Charles, LA
   70601

2.

On October 12, 2017, petitioner, Thomas J. Bell, Sr. was indicted in Lake Charles,

Calcasieu Parish, Louisiana on one count of Abuse of Office for allegedly compelling and coercing

a Lake Charles Police Department clerk, Jeanine Blaney, to complete his McNeese homework and

assignment during her regular work hours.

Filing Date: 10/12/2018 12:00 AM      Page Count: 5
Case Number: 2018-004329
Document Name: PETITION





**EXHIBIT**

**A**

3.

Petitioner's arrest and indictment was widely reported through several media outlets.

4.

Upon information and belief, defendants, John DeRosier, Hugo Holland, Richard Harrell, Kirk Carroll, and Don Dixon, acted in concert to have Petitioner, Thomas J. Bell, indicted and prosecuted for Abuse of Office.

5.

Upon information and belief, at the time Petitioner was indicted, there was no evidence in the possession of any defendant herein that gave rise to any defendant having a reasonable belief that probable cause existed to justify an indictment and/or prosecution of Thomas J. Bell, Sr. for the crime of Abuse of Office.

6.

The indictment for Abuse of Office was voluntarily dismissed by defendant, John Derosier, District Attorney for Calcasieu Parish, or his employees, on or about August 6, 2018.

7.

The prosecution of Petitioner, Thomas J. Bell, Sr., was due proximately to the actions and fault of Don Dixon, Richard Harrell, and/or Kirk Carroll, acting in concert with each other and with the other defendants herein, whose fault includes, but is not limited to, knowingly and maliciously:

a. Making material misrepresentations to a grand jury about Thomas J. Bell, Sr.;

b. Publishing information to a third party which defendant knew or in the exercise of reasonable care, would have known was false;

c. Requesting that prosecution and indictment be instituted against Thomas J. Bell when they knew or should have known that the charges lacked any basis in fact or law;

d. Knowingly violating Petitioner, Thomas J. Bell, Sr.'s civil rights;

e. Any and all other acts of fault which may be discovered during this litigation and/or proven at trial;

8.

At all relevant times herein, defendants, Don Dixon, Richard Harrell, and Kirk Carroll, were acting in the course and scope of their employment with the City of Lake Charles. Therefore, defendant, City of Lake Charles, is responsible for the negligent and intentional acts of Don Dixon,

Richard Harrell, and Kirk Carroll, under a theory of respondeat superior.

9.

The aforementioned malicious prosecution and defamation of Petitioner, Thomas J. Bell, was also proximately caused by the fault of City of Lake Charles, whose fault includes, but is not limited to, the following:

a. Failing to train its employees;

b. Failing to supervise its employees;

c. Failing to ensure that its employees do not make false statements to grand juries;

d. Failing to prevent false statements being published;

e. Failing to ensure that Thomas J. Bell, Sr. was not maliciously prosecuted;

f. Any and all other acts of negligence which may be discovered and/or proven at trial.

10.

The aforementioned malicious prosecution and defamation of Petitioner, Thomas J. Bell, Sr., was also proximately caused by the actions and fault of Hugo Holland and John DeRosier, individually, whose fault includes, but is not limited to, knowingly and maliciously:

a. Providing false information to a grand jury;

b. Filing and maintaining charges against Thomas J. Bell Sr., which they knew or in the exercise of reasonable care, should have known were false;

c. Making material misrepresentations to a grand jury about Thomas J. Bell, Sr.;

d. Publishing information to a third party which defendant knew or in the exercise of reasonable care, would have known was false;

e. Requesting that prosecution and indictment be instituted against Thomas J. Bell when they knew or should have known that the charges lacked any basis in fact or law;

f. Knowingly violating Petitioner, Thomas J. Bell, Sr.'s civil rights;

g. Any and all other acts of fault which may be discovered during this litigation and/or proven at trial;

11.

At all relevant times herein, defendant, Hugo Holland, was acting in the course and scope of his employment with the District Attorney of Calcasieu Parish. Therefore, defendant, John Derosier, in his capacity as District Attorney of Calcasieu Parish, is liable for the acts of defendant, Hugo Holland, under a theory of respondeat superior.

12.

The aforementioned malicious prosecution and defamation of Petitioner, Thomas J. Bell, was also proximately caused by the fault of John Derosier, in his capacity as District Attorney for Calcasieu Parish, whose fault includes, but is not limited to, the following:

a. Failing to train his employees;

b. Failing to supervise his employees;

c. Failing to ensure that his employees do not make false statements to grand juries;

d. Failing to prevent false statements being published;

e. Failing to ensure that Thomas J. Bell, Sr. was not maliciously prosecuted;

f. Any and all other acts of negligence which may be discovered and/or proven at trial.

13.

As a result of the aforementioned malicious prosecution, defamation, and abuse of process by defendants herein, Petitioner, Thomas J. Bell, Sr., has suffered and will continue to suffer injury to his reputation, personal and public humiliation, embarrassment, mental anguish, loss of enjoyment of life, loss of wages, loss of earning capacity, and attorney fees and costs to defend himself against wrongful prosecution, for which he is entitled to recover damages reasonable in the premises.

14.

As a result of the aforementioned malicious prosecution, defamation, and abuse of process against her husband, Thomas J. Bell, Sr., Petitioner, Beulah Bell, has and will continue to suffer damages including loss of consortium, loss of service, loss of society, loss of support, mental anguish, embarrassment, and personal and public humiliation, for which she is entitled to recover damages reasonable in the premises.

15.

Petitioners allege that their damages exceed the jurisdictional amount necessary for a trial by jury.

WHEREFORE, Petitioners, Thomas J. Bell, Sr. and Beulah Bell, pray that Defendants, City of Lake Charles, Don Dixon, Richard Harrell, Kirk Carroll, Hugo Holland, and John DeRosier, individually, and in his capacity as District Attorney of Calcasieu Parish, be duly served with a copy of the foregoing petition and cited to appear and answer the same, and after all legal

delays and due proceedings are had, that there be judgment herein in favor of Petitioners, Thomas J. Bell, Sr. and Beulah Bell, and against Defendants, City of Lake Charles, Don Dixon, Richard Harrell, Kirk Carroll, Hugo Holland, and John DeRosier, individually and in his capacity as District Attorney of Calcasieu Parish, for any and all damages as are reasonable in the premises, along with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for such additional relief as the law, equity, and nature of the case may permit.

Respectfully submitted,

**TODD CLEMONS & ASSOCIATES**
1740 Ryan Street
Lake Charles, LA 70601
(337) 477-0000/ Telephone

**THE JOHNSON FIRM**
910 Ford Street
Lake Charles, LA 70601
(337)433-1414  Office
(337)433-3234  Fax

BY: _____

**TODD S. CLEMONS #18168**
**JANET MADISON, #37495**
**ADAM P. JOHNSON #32515**
**KILBURN LANDRY, #33230**

**SERVICE INSTRUCTIONS:**

City of Lake Charles, through its Mayor, Nic Hunter, who may be served personally or through an employee of suitable age and discretion at 326 Pujo Street, Lake Charles, LA 70601;

Don Dixon, who must be personally served, who may be located at his place of employment, 830 Enterprise Blvd., Lake Charles, LA 70601;

Richard Harrell, who must be personally served, who may be located at his place of employment, 830 Enterprise Blvd., Lake Charles, LA 70601;

Kirk Carroll, who must be personally served, who may be located at his place of employment, 830 Enterprise Blvd., Lake Charles, LA 70601;

Hugo Holland, who must be personally served, who may be located at his place of employment, 901 Lakeshore Drive, Lake Charles, LA 70601;

John DeRosier, individually and in his capacity as District Attorney of Calcasieu Parish, who must be personally served, who may be located at his place of employment, 901 Lakeshore Drive, Lake Charles, LA 70601;

THOMAS J. BELL, SR. AND : 14th JUDICIAL DISTRICT COURT
BEULAH BELL

VS. NO. 2018-4329 D : PARISH OF CALCASIEU

CITY OF LAKE CHARLES, DON DIXON,
RICHARD HARRELL, KIRK CARROLL,
HUGO HOLLAND, and JOHN DEROSIER,
individually, and in his capacity as DISTRICT
ATTORNEY FOR CALCASIEU PARISH : STATE OF LOUISIANA
et al.

FILED:_____ : _____
DEPUTY CLERK OF COURT

### REQUEST FOR WRITTEN NOTICE
### OF ASSIGNMENT AND WRITTEN NOTICE
### OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:  Honorable Lynn Jones
     Clerk of Court
     14th Judicial District Court
     Calcasieu Parish Courthouse
     Lake Charles, Louisiana 70601

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested

to give the undersigned, as counsel for petitioners in the above-captioned matter, written notice,

by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on

exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby

additionally requested to send us immediate notice of any order or judgment made or rendered in

this case on the entry of such Order or Judgment.

**Respectfully submitted,**

**TODD CLEMONS & ASSOCIATES**
1740 Ryan Street
Lake Charles, LA 70601
(337) 477-0000/ Telephone

**THE JOHNSON FIRM**
910 Ford Street
Lake Charles, LA 70601
(337)433-1414 Office
(337)433-3234 Fax

BY: _____

**TODD S. CLEMONS #18168**
**JANET MADISON,**
**ADAM P. JOHNSON #32515**
**KILBURN LANDRY, #33230**

C M S 6 2 2 3 2 5 3
Filing Date: 10/12/2018 12:00 AM    Page Count: 1
Case Number: 2018-004329
Document Name: REQUEST WRITTEN NOTICE

THOMAS J. BELL, SR. AND : 14th JUDICIAL DISTRICT COURT
BEULAH BELL

VS. NO. 2018-4329 V : PARISH OF CALCASIEU

CITY OF LAKE CHARLES, DON DIXON,
RICHARD HARRELL, KIRK CARROLL,
HUGO HOLLAND, and JOHN DEROSIER,
individually, and in his capacity as DISTRICT
ATTORNEY FOR CALCASIEU PARISH : STATE OF LOUISIANA
et al.

FILED:_____ : _____
DEPUTY CLERK OF COURT

## VERIFICATION

BEFORE ME, the undersigned authority, personally came and appeared, THOMAS J.

BELL, SR., who, after being first duly sworn deposed:

That Affiant is the petitioner in the above and foregoing Petition for Damages and all of

the allegations of fact made in the Petition for Damages are true and correct to the best of his

information and belief.

_____
THOMAS J. BELL, SR.

SWORN TO AND SUBSCRIBED BEFORE ME at Lake Charles, Louisiana this

_____ 12th _____ day of October, 2018.

_____
NOTARY PUBLIC
Adam P. Johnson, 32515

Filing Date: 10/12/2018 12:00 AM     Page Count: 1
Case Number: 2018-004329
Document Name: VERIFICATION
C M S 8 2 2 3 2 5 2

Calcasieu Parish Clerk of Court
PO Box 1030
Lake Charles, LA 70602



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

## NEW CIVIL FILING

THOMAS J BELL SR

VS.    2018-004329

CITY OF LAKE CHARLES

Carole LeBlanc
Deputy Clerk of Court

## *CMS6223244*

Filing Date: 10/19/2018 12:05 PM      Page Count:: 1
Case Number: 2018-004329
Document Name: New Suit

Notice of Service

THOMAS J BELL SR                                    14th Judicial District Court
VS.    2018-004329                                      State of Louisiana
CITY OF LAKE CHARLES                               Parish of Calcasieu

TO:   KILBURN S LANDRY
      PO BOX 849
      910 FORD STREET
      LAKE CHARLES, LA  70602


Service issued to: RICHARD HARRELL

Date of Service:  10/29/2018

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:      1600 CITATION
                      FILED 10/12/2018

Issued by the Clerk of Court on the 2nd day of November 2018.


Julie Reina
Deputy Clerk


\*CMS6240850\*

Filing Date: 10/23/2018 12:00 AM       Page Count: 1
Case Number: 2018-004329
Document Name: Notice of Service

CMS0074                                            Page 1 of 1



THOMAS J BELL SR
VS.    2018-004329
CITY OF LAKE CHARLES

Citation

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  RICHARD  HARRELL
          Personally
     830 ENTERPRISE BLVD
     LAKE CHARLES, LA  70601

WHO  MAY  BE  LOCATED  AT  HIS
PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_Emilie McPherson_
Emilie McPherson
Deputy Clerk of Court

------------------------------------------------------------
SERVICE INFORMATION

Received on the __29th__ day of __october__   20_18_, and on the __29th__ day of __october__   20_18_ served the above named party as follows:

PERSONAL SERVICE on the party herein named _Richard Harrell_

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _Calcasieu_   this __29th__ day of __october__   20_18_

SERVICE        $_____        BY: _____
MILEAGE        $_____             Deputy Sheriff
TOTAL $ _33.18_                   Time: 2:28 P.m

Party No.    P001                 miles: 6

NOV 0 2 2018
FILED
_Julie Reena_
Deputy Clerk of Court
Calcasieu Parish, Louisiana

SCANNED
NOV 0 5 2018

Filing Date: 10/23/2018 01:03 PM   Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Original Copy ]
CMS0085

Page 1 of 1

Notice of Service

THOMAS J BELL SR
VS.    2018-004329
CITY OF LAKE CHARLES



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO:   KILBURN S LANDRY
      PO BOX 849
      910 FORD STREET
      LAKE CHARLES, LA  70602

Service issued to: JOHN DEROSIER

Date of Service:  10/26/2018

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:     1600 CITATION
                     FILED 10/12/2018

Issued by the Clerk of Court on the 2nd day of November 2018.

Julie Reina
Deputy Clerk

\*CMS6240846\*

Filing Date: 10/23/2018 12:00 AM          Page Count: 1
Case Number: 2018-004329
Document Name: Notice of Service

CMS0074                                           Page 1 of 1



THOMAS J BELL SR                                    Citation                    14ᵗʰ Judicial District Court
VS.    2018-004329                                                              State of Louisiana
CITY OF LAKE CHARLES                                                            Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   JOHN DEROSIER          Personally     IN HIS CAPACITY AS DISTRICT
      901 LAKESHORE DRIVE                    ATTORNEY OF CALCASIEU PARISH,
      LAKE CHARLES, LA 70601                 WHO MUST BE PERSONALLY
                                             SERVED,WHO MAY BE LOCATED AT
                                             HIS PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in
the petition of THOMAS J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which
petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse,
in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

                                                        Emilie McPherson
                                                        Emilie McPherson
                                                        Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the 26 day of 10 20 18, and on the 26 day of 10 20 18, served the above named
party as follows:

PERSONAL SERVICE on the party herein named John DeRosier

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein
being absent from his residence at the time of said service.
RETURNED:
PARISH OF ____CAC____ this 26 day of 10 20 18

SERVICE     $_____     BY Christopher Cormier
                              Deputy Sheriff
MILEAGE     $_____

TOTAL $ 31.06                         0950

Party No.   P001                     2 miles

                             NOV 02 2018
                    FILED
                         Julie Lema
                         Calcasieu Parish, Louisiana

SCANNED
NOV 05 2018

Filing Date: 10/23/2018 01:06 PM      Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Original Copy ]
CMS0085                                                                        Page 1 of 1

Notice of Service



THOMAS J BELL SR                                        14th Judicial District Court
VS.    2018-004329                                              State of Louisiana
CITY OF LAKE CHARLES                                      Parish of Calcasieu

TO:   KILBURN S LANDRY
      PO BOX 849
      910 FORD STREET
      LAKE CHARLES, LA  70602

Service issued to: CITY OF LAKE CHARLES THRU MAYOR

Date of Service:  10/25/2018

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:      1600 CITATION
                      FILED 10/12/2018

Issued by the Clerk of Court on the 29th day of October 2018.

Julie Reina
Deputy Clerk

*CMS6237558*

Filing Date: 10/23/2018 12:00 AM      Page Count: 1
Case Number: 2018-004329
Document Name: Notice of Service

CMS0074                                                        Page 1 of 1

|  | Citation |  |
|---|---|---|
| THOMAS J BELL SR<br>VS.   2018-004329<br>CITY OF LAKE CHARLES |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   CITY OF LAKE CHARLES          OR THROUGH AN EMPLOYEE OF
        Personally          SUITABLE AGE AND DISCRETION
        THROUGH MAYOR, NIC HUNTER
        326 PUJO STREET          FILED  OCT 29 2018
        LAKE CHARLES, LA 70601

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

Emilie McPherson
Deputy Clerk of Court

------------------------------------------------------------------------

SERVICE INFORMATION

Received on the _25_ day of ___10___ 20_18_, and on the _05_ day of ___10___ 20_18_, served the above named party as follows:

PERSONAL SERVICE on the party herein named _Holly Talbert - Scc._

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _Cal_          this _05_ day of ___10___ 20_18_.

SERVICE          $_____          BY: _Christopher Cormier_
                                              Deputy Sheriff
MILEAGE          $_____

TOTAL $ _31.06_          1031

Party No.   P001          2 miles

SCANNED
OCT 31 2018



C M S 6 2 3 2 0 6 6
Filing Date: 10/23/2018 12:53 PM          Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Original Copy ]
CMS0085          Page 1 of 1

Notice of Service



THOMAS J BELL SR
VS.    2018-004329
CITY OF LAKE CHARLES

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO:   KILBURN S LANDRY
      PO BOX 849
      910 FORD STREET
      LAKE CHARLES, LA  70602

Service issued to: DON DIXON

Date of Service:  10/26/2018

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:    1600 CITATION
                    FILED 10/12/2018

Issued by the Clerk of Court on the 29th day of October 2018.

Julie Reina
Deputy Clerk

*CMS6237100*

Filing Date: 10/23/2018 12:00 AM        Page Count: 1
Case Number: 2018-004329
Document Name: Notice of Service

Citation

THOMAS J BELL SR                                          14th Judicial District Court
VS.     2018-004329                                       State of Louisiana
CITY OF LAKE CHARLES                                      Parish of Calcasieu



THE STATE OF LOUISIANA

TO:  DON DIXON          Personally          WHO  MAY  BE  LOCATED  AT  HIS
     830 ENTERPRISE BLVD                    PLACE OF EMPLOYMENT
     LAKE CHARLES, LA  70601


Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018



_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE     $_____          BY:     _____
                                         Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.     P001


*CMS6232077*

Filing Date: 10/23/2018 12:00 AM     Page Count: 1
Case Number: 2018-004329
Document Name: Citation

Citation

THOMAS J BELL SR
VS.      2018-004329
CITY OF LAKE CHARLES



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   DON DIXON          Personally
      830 ENTERPRISE BLVD
      LAKE CHARLES, LA  70601

WHO  MAY  BE  LOCATED  AT  HIS
PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____                BY:   _____
                                                 Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

*CMS6232077*

Filing Date: 10/23/2018 12:00 AM        Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Original Copy ]
CMS0085                                                              Page 1 of  1

Citation



| THOMAS J BELL SR | 14th Judicial District Court |
|---|---|
| VS.   2018-004329 | State of Louisiana |
| CITY OF LAKE CHARLES | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   DON DIXON         Personally         WHO MAY BE LOCATED AT HIS
      830 ENTERPRISE BLVD                  PLACE OF EMPLOYMENT
      LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____        BY:   _____
                                          Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.     P001

## *CMS6232077*

Filing Date: 10/23/2018 12:00 AM          Page Count: 1
Case Number: 2018-004329
Document Name: Citation



Citation

| | | |
|---|---|---|
| THOMAS J BELL SR | | 14th Judicial District Court |
| VS.    2018-004329 | | State of Louisiana |
| CITY OF LAKE CHARLES | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  CITY OF LAKE CHARLES                    OR  THROUGH  AN  EMPLOYEE  OF
              Personally                                          SUITABLE AGE AND DISCRETION
        THROUGH MAYOR, NIC HUNTER
        326 PUJO STREET
        LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE         $_____                    BY:  _____
                                                                          Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.       P001

*CMS6232066*

Filing Date: 10/23/2018 12:53 PM        Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ File Copy ]
CMS0085

Citation



| | | |
|---|---|---|
| THOMAS J BELL SR | | 14th Judicial District Court |
| VS.    2018-004329 | | State of Louisiana |
| CITY OF LAKE CHARLES | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  CITY OF LAKE CHARLES            OR  THROUGH  AN  EMPLOYEE  OF
          Personally                               SUITABLE AGE AND DISCRETION
     THROUGH MAYOR, NIC HUNTER
     326 PUJO STREET
     LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____       BY: _____
                                                    Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.      P001

*CMS6232066*

Filing Date: 10/23/2018 12:53 PM      Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Original Copy ]
CMS0085                                                                 Page 1 of  1



|  | Citation |  |
|---|---|---|
| THOMAS J BELL SR | | 14th Judicial District Court |
| VS.    2018-004329 | | State of Louisiana |
| CITY OF LAKE CHARLES | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   CITY OF LAKE CHARLES          OR  THROUGH  AN  EMPLOYEE  OF
            Personally                         SUITABLE AGE AND DISCRETION
         THROUGH MAYOR, NIC HUNTER
         326 PUJO STREET
         LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

                                            _____
                                            Emilie McPherson
                                            Deputy Clerk of Court

------------------------------------------ SERVICE INFORMATION -----------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____          BY: _____
                                              Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.      P001

## *CMS6232066*

Citation



| THOMAS J BELL SR | 14th Judicial District Court |
| VS.   2018-004329 | State of Louisiana |
| CITY OF LAKE CHARLES | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  RICHARD  HARRELL                    WHO  MAY  BE  LOCATED  AT  HIS
        Personally                                       PLACE OF EMPLOYMENT
        830 ENTERPRISE BLVD
        LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____

Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____                        BY:  _____
                                                                          Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

*CMS6232082*

| | Citation | |
|---|---|---|
| THOMAS J BELL SR<br>VS.    2018-004329<br>CITY OF LAKE CHARLES |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  RICHARD  HARRELL                    WHO  MAY  BE  LOCATED  AT  HIS
          Personally                          PLACE OF EMPLOYMENT
          830 ENTERPRISE BLVD
          LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

                                         _____
                                         Emilie McPherson
                                         Deputy Clerk of Court

---------------------------------- SERVICE INFORMATION ----------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____                    BY:  _____
                                                  Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

*CMS6232082*



Citation

| | | |
|---|---|---|
| THOMAS J BELL SR | | 14th Judicial District Court |
| VS.    2018-004329 | | State of Louisiana |
| CITY OF LAKE CHARLES | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   RICHARD  HARRELL         WHO  MAY  BE  LOCATED  AT  HIS
        Personally                  PLACE OF EMPLOYMENT
        830 ENTERPRISE BLVD
        LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE     $_____              BY:  _____

MILEAGE    $_____                      Deputy Sheriff

TOTAL $_____

Party No.    P001

*CMS6232082*

Filing Date: 10/23/2018 01:03 PM    Page Count: 1
Case Number: 2018-004329
Document Name: Citation



Citation

THOMAS J BELL SR
VS.    2018-004329
CITY OF LAKE CHARLES

14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   JOHN DEROSIER          Personally
      901 LAKESHORE DRIVE
      LAKE CHARLES, LA 70601

IN HIS CAPACITY AS DISTRICT
ATTORNEY OF CALCASIEU PARISH,
WHO MUST BE PERSONALLY
SERVED,WHO MAY BE LOCATED AT
HIS PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____                    BY:  _____
                                                    Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

Filing Date: 10/23/2018 01:06 PM        Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ File Copy ]
CMS0085                                          Page 1 of  1



|  | Citation |  |
|---|---|---|
| THOMAS J BELL SR<br>VS.    2018-004329<br>CITY OF LAKE CHARLES |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   JOHN DEROSIER          Personally      IN HIS CAPACITY AS DISTRICT
      901 LAKESHORE DRIVE                    ATTORNEY OF CALCASIEU PARISH,
      LAKE CHARLES, LA 70601                 WHO MUST BE PERSONALLY
                                             SERVED,WHO MAY BE LOCATED AT
                                             HIS PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS J BELL SR, ET UX (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____           BY:   _____
                                            Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

*CMS6232087*

Citation



THOMAS J BELL SR                                14th Judicial District Court
VS.     2018-004329                                State of Louisiana
CITY OF LAKE CHARLES                               Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  JOHN DEROSIER          Personally    IN  HIS  CAPACITY  AS  DISTRICT
     901 LAKESHORE DRIVE                  ATTORNEY  OF  CALCASIEU  PARISH,
     LAKE CHARLES, LA  70601              WHO   MUST   BE   PERSONALLY
                                          SERVED,WHO MAY BE LOCATED AT
                                          HIS PLACE OF EMPLOYMENT

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in
the petition of THOMAS  J BELL SR, ET UX  (PETITION FOR DAMAGES) against you, certified copy of which
petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse,
in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 23, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named
party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein
being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____              BY:  _____
                                          Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

*CMS6232087*

Filing Date: 10/23/2018 01:06 PM      Page Count: 1
Case Number: 2018-004329
Document Name: Citation

[ Service Copy ]
CMS0085                                                          Page 1 of  1

Notice of Service



THOMAS J BELL SR                                          14th Judicial District Court
VS.    2018-004329                                                  State of Louisiana
CITY OF LAKE CHARLES                                        Parish of Calcasieu

TO:   KILBURN S LANDRY
      PO BOX 849
      910 FORD STREET
      LAKE CHARLES, LA  70602


Service issued to: HUGO HOLLAND

Date of Service:  11/01/2018

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:     1600 CITATION
                     FILED 10/12/2018

Issued by the Clerk of Court on the 7th day of November 2018.


Julie Reina
Deputy Clerk


*CMS6243349*

Citation

THOMAS J BELL SR
VS.    2018-004329
CITY OF LAKE CHARLES



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  HUGO HOLLAND        Personally    WHO MAY BE LOCATED AT HIS
     901 LAKESHORE DRIVE              PLACE OF EMPLOYMENT
     LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 24, 2018

_____
Emilie McPherson
Deputy Clerk of Court

------------------------------- SERVICE INFORMATION -------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____        BY:    _____
                                        Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

*CMS6233955*

Filing Date: 10/24/2018 04:11 PM    Page Count: 1
Case Number: 2018-004329
Document Name: Citation



Citation

| THOMAS J BELL SR | | 14th Judicial District Court |
| VS.   2018-004329 | | State of Louisiana |
| CITY OF LAKE CHARLES | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  HUGO HOLLAND          Personally    WHO MAY BE LOCATED AT HIS
     901 LAKESHORE DRIVE                    PLACE OF EMPLOYMENT
     LAKE CHARLES, LA  70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS J BELL SR, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 24, 2018

_____
Emilie McPherson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____                  BY:  _____
                                                      Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.     P001

*CMS6233955*

Citation

THOMAS J BELL SR                                                          14ᵗʰ Judicial District Court
VS.    2018-004329                                                        State of Louisiana
CITY OF LAKE CHARLES                                                      Parish of Calcasieu



THE STATE OF LOUISIANA

TO:  HUGO HOLLAND          Personally    WHO MAY BE LOCATED AT HIS
     901 LAKESHORE DRIVE                 PLACE OF EMPLOYMENT
     LAKE CHARLES, LA  70601


Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of THOMAS  J BELL SR, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of October 2018.

Issued and delivered October 24, 2018



                                                 _____
                                                 Emilie McPherson
                                                 Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - -  SERVICE INFORMATION  - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____          BY:    _____
                                          Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001


*CMS6233955*

Volume Created 10/26/2018 8:31:13 AM

**VOL** _____ **of** _____ **DIV** D

**No.** _____ 2018-004329 _____

# Fourteenth Judicial District Court
# CALCASIEU PARISH, LA

**No.** (vertical, right)

2018-004329 (vertical, left)

2018-004329 (vertical, right)

**No.** (vertical, left)

THOMAS J BELL SR ET AL

*Plaintiff*

VS.

CITY OF LAKE CHARLES  ET AL

*Defendant*

KILBURN S LANDRY

*Attorney for Plaintiff*

*Attorney for Defendant*

Date Filed: 10/12/2018

No. 2018-004329

Preliminary Default Entered: _____



**H. LYNN JONES II**
Clerk of Court and Ex-Officio Recorder
Fourteenth Judicial District of Louisiana
Parish of Calcasieu - Lake Charles, Louisiana
Ph. 337-437-3550  Fax  337-437-3350

\*2018–004329\*

2018-004329

The Calcasieu Parish Clerk of Court is the custodian of this record. As a courtesy we allow local attorneys to check out the records. If you have borrowed this record from our office; 14th JDC Local Rule 24 allows for a period of no more than 72 hours. Documents are also accessible through our website at www.calclerkofcourt.com.



# CITY OF LAKE CHARLES

NICHOLAS E. HUNTER
MAYOR

326 Pujo Street • P.O. Box 900
Lake Charles, LA 70602-0900
(337) 491-1523 • FAX (337) 491-1488

LEGAL DEPARTMENT
DAVID L. MORGAN
CITY ATTORNEY

October 30, 2018

FILED __11-2-18__

~~Emata Meehers~~
Deputy Clerk of Court
Calcasieu Parish, Louisiana

*Via facsimile: 337-433-3234*
*& regular U. S. Mail*
Kilburn Landry
The Johnson Firm
910 Ford Street
Lake Charles, LA 70601

RE:   *Thomas & Beulah Bell*
      *v. No. 2018-4329, Div. "D"*
      *The City of Lake Charles, Don Dixon, Richard Harrell, Hugo*
      *Holland and John DeRosier, individually & in his capacity as*
      *District Attorney for Calcasieu Parish*

Dear Mr. Landry:

This letter serves to confirm my secretary's conversation on this date with you concerning the above-captioned matter, wherein a thirty (30) day extension of time was granted for the filing of responsive pleadings.

I ask that you please do not take any action prejudicial to the City without first informing me in writing. If this is not satisfactory, please advise immediately.

Thank you for your consideration in this matter.

With kindest regards, I remain

Yours very truly,

CHRISTOPHER E. JOHN
Assistant City Attorney

CEJ/cds
cc:   Honorable H. Lynn Jones, II, Clerk
      Todd S. Clemons

**SCANNED**

**NOV 13 2018**

Filing Date: 11/02/2018 12:00 AM     Page Count: 1
Case Number: 2018-004329
Document Name: LETTER

C M S 6 2 4 3 0 2 6

**CALCASIEU CLERK-COST**
**NOV 02 2018 AM09:09:06**

TRUSTED NAME. PROVEN LEADERSHIP.

# THE JOHNSON FIRM
## LAWYERS

November 1, 2018

_Via Hand Delivery_
Honorable H. Lynn Jones II
Calcasieu Parish Clerk of Court
1000 Ryan Street
Lake Charles, LA 70601

      _Re:_    _Thomas J. Bell, Sr._
           _Vs. No.: 2018-4329_
           _City of Lake Charles_

Dear Hon. Jones:

      Please find enclosed the executed Civil Case Cover Sheet reporting form as per your request.

      Should you have any questions, please do not hesitate to contact my office.

                  Sincerely,

                  KILBURN S. LANDRY

Enclosure
KSL/lnc

FILED_____11-2-18_____

Ernts mcllere

**Deputy Clerk of Court**
**Calcasieu Parish, Louisiana**

CMS6248683

Filing Date: 11/02/2018 12:00 AM
Case Number: 2018-004329
Document Name: LETTER

Page Count: 1

JOHNSONFIRMLA.COM.COM

910 FORD STREET | LAKE CHARLES | 70601 | (T)337|433|1414 | (F)337|433|3234

## Case History

Select a party from the list below to filter the case history view

| | Party Code | Name | Is Attorney? |
|---|---|---|---|
| Select | P001 | THOMAS J BELL SR | ☐ |
| Select | P002 | BEULAH BELL | ☐ |
| Select | D001 | CITY OF LAKE CHARLES | ☐ |
| Select | D002 | DON DIXON | ☐ |
| Select | D003 | RICHARD HARRELL | ☐ |
| Select | D004 | KIRK CARROLL | ☐ |
| Select | D005 | HUGO HOLLAND | ☐ |
| Select | D006 | JOHN DEROSIER | ☐ |
| Select | | KILBURN S LANDRY | ☑ |

**Case Information**

Case Search  Advanced Case
Search  Related Cases  Case
eCommerce  History  Case Minutes
Prepaid for Copies  View Cart (0)
Purchase History

**Case Information**

| | |
|---|---|
| Case number: | 2018-004329 |
| Case status: | Open |
| Case type: | Civil Standard |
| Proceeding kind: | DAMAGES |
| Division: | D |
| Date filed: | 10/12/2018 |
| Ledger balance: | $182.58 |
| Cash balance: | $182.58 |
| Last deposit: | |
| Last cost: | |

**Party Information**

| | |
|---|---|
| Party code: | |
| Name: | |
| Attorney name: | |
| Attorney address: | |
| Deposit: | |
| Prepaid: | |
| Cost: | |
| Refund: | |
| Cash: | |
| Ledger: | |

View: ⦿ Actions ⦾ Filings ⦾ Documents

| | Post Date | Action Name | Comments | Party Code | Amount |
|---|---|---|---|---|---|
| | | 11/15/2018 | Disbursement: ApTransID #34883282 | Check # 341847: 6.00 of the total check amount applied to this case. | | $6.00 |
| | | 11/08/2018 | Disbursement: ApTransID #34872489 | Check # 341735: 24.00 of the total check amount applied to this case. | | $24.00 |
| | | 11/08/2018 | Disbursement: ApTransID #34872540 | Check # 341786: 95.30 of the total check amount applied to this case. | | $95.30 |
| | | 11/08/2018 | Disbursement: ApTransID #34872555 | Check # 341801: 7.00 of the total check amount applied to this case. | | $7.00 |
| | | 11/07/2018 | Track Document | Julie Reina scanned barcode. (HUGO HOLLAND) | P001 | |
| | | 11/05/2018 | | SUPMENTI, CIVIL INDIGENT TRANS,FUND LSA RS13:964.1 | P001 | ($7.00) |
| | | 11/02/2018 | Track Document | Julie Reina scanned barcode. (RICHARD HARRELL) | P001 | |
| | | 11/02/2018 | Track Document | Julie Reina scanned barcode. (JOHN DEROSIER DA ) | P001 | |
| | View Image | 11/02/2018 | LETTER | LETTER TO JUDGE 10/30/18 | P001 | ($6.00) |
| | View Image | 11/02/2018 | LETTER | COVER | P001 | ($6.00) |
| | | 10/31/2018 | Disbursement: ApTransID #34860905 | Check # 341374: 252.00 of the total check amount applied to this case. | | $252.00 |
| | | 10/31/2018 | Disbursement: ApTransID #34860926 | Check # 341395: 25.00 of the total check amount applied to this case. | | $25.00 |
| | | 10/31/2018 | Disbursement: ApTransID #34860907 | Check # 341376: 15.00 of the total check amount applied to this case. | | $15.00 |
| | | 10/31/2018 | Disbursement: ApTransID #34860967 | Check # 341436: 7.50 of the total check amount applied to this case. | | $7.50 |
| | | 10/31/2018 | Disbursement: ApTransID #34861202 | Check # 341671: 3.00 of the total check amount applied to this case. | | $3.00 |
| | | 10/31/2018 | Disbursement: ApTransID #34860932 | Check # 341401: 4.75 of the total check amount applied to this case. | | $4.75 |
| | | 10/31/2018 | Disbursement: ApTransID #34860933 | Check # 341402: 4.75 of the total check amount applied to this case. | | $4.75 |
| | | 10/31/2018 | Disbursement: ApTransID #34860922 | Check # 341396: 1.00 of the total check amount applied to this case. | | $1.00 |
| | | 10/31/2018 | Disbursement: ApTransID #34861124 | Check # 341593: 62.12 of the total check amount applied to this case. | | $62.12 |
| | | 10/29/2018 | Track Document | Julie Reina scanned barcode. (CITY OF LAKE CHARLES ) | P001 | |
| | | 10/29/2018 | Track Document | Julie Reina scanned barcode. (DON DIXON) | P001 | |
| | View Image | 10/26/2018 | Civil Label | | P001 | $0.00 |
| | | 10/25/2018 | Received by Imaging | PETITION:DAMAGES | P001 | |
| | View Image | 10/24/2018 | CITATION | HUGO HOLLAND | P001 | ($20.00) |
| | View Image | 10/24/2018 | SERVICE RETURN | HUGO HOLLAND 11/01/2018 P | P001 | ($31.06) |
| | | 10/24/2018 | SERVICE RETURN CLERK FEE | | P001 | ($6.00) |
| | View Image | 10/24/2018 | NOTICE OF SERVICE | HUGO HOLLAND 11/01/2018 P | P001 | |
| | | 10/23/2018 | CONFORMED COPY | PETITION/VERIFICATION/REQUEST NOTICE | P001 | ($3.00) |
| | | 10/23/2018 | CERTIFIED COPIES | & SERVICE | P001 | ($30.00) |
| | View Image | 10/23/2018 | CITATION | JOHN DEROSIER DA | P001 | ($20.00) |
| | View Image | 10/23/2018 | CITATION | RICHARD HARRELL | P001 | ($20.00) |
| | View Image | 10/23/2018 | CITATION | CITY OF LAKE CHARLES | P001 | ($20.00) |
| | View Image | 10/23/2018 | CITATION | DON DIXON | P001 | ($20.00) |
| | View Image | 10/23/2018 | CITATION | KIRK CARROLL | P001 | |
| | View Image | 10/23/2018 | SERVICE RETURN | DON DIXON 10/26/2018 P | P001 | ($31.06) |
| | | 10/23/2018 | SERVICE RETURN CLERK FEE | | P001 | ($6.00) |
| | View Image | 10/23/2018 | NOTICE OF SERVICE | DON DIXON 10/26/2018 P | P001 | |
| | View Image | 10/23/2018 | SERVICE RETURN | CITY OF LAKE CHARLES THRU MAYOR 10/25/2018 P | P001 | ($31.06) |
| | | 10/23/2018 | SERVICE RETURN CLERK FEE | | P001 | ($6.00) |
| | View Image | 10/23/2018 | NOTICE OF SERVICE | CITY OF LAKE CHARLES THRU MAYOR 10/25/2018 P | P001 | |

1 to 40 of 73 result(s)

First Page  Previous Page  Next Page  Last Page

Searched for case on Tuesday, November 20, 2018 02:17:32 PM



## Case History

Select a party from the list below to filter the case history view

| | Party Code | Name | Is Attorney? |
|---|---|---|---|
| Select | P001 | THOMAS J BELL SR | ☐ |
| Select | P002 | BEULAH BELL | ☐ |
| Select | D001 | CITY OF LAKE CHARLES | ☐ |
| Select | D002 | DON DIXON | ☐ |
| Select | D003 | RICHARD HARRELL | ☐ |
| Select | D004 | KIRK CARROLL | ☐ |
| Select | D005 | HUGO HOLLAND | ☐ |
| Select | D006 | JOHN DEROSIER | ☐ |
| Select | | KILBURN S LANDRY | ☑ |

**Case Information**

Case Search  Advanced Case
Search  Related Cases  Case
History  Case Minutes
Prepaid for Copies  View Cart (0)
Purchase History

eCommerce:

### Case Information

| | |
|---|---|
| Case number: | 2018-004329 |
| Case status: | Open |
| Case type: | Civil Standard |
| Proceeding kind: | DAMAGES |
| Division: | D |
| Date filed: | 10/12/2018 |
| Ledger balance: | $182.58 |
| Cash balance: | $182.58 |
| Last deposit: | |
| Last cost: | |

### Party Information

| | |
|---|---|
| Party code: | |
| Name: | |
| Attorney name: | |
| Attorney address: | |
| Deposit: | |
| Prepaid: | |
| Cost: | |
| Refund: | |
| Cash: | |
| Ledger: | |

View: ● Actions ○ Filings ○ Documents

| | | Post Date | Action Name | Comments | Party Code | Amount |
|---|---|---|---|---|---|---|
| | View Image | 10/23/2018 | SERVICE RETURN | JOHN DEROSIER 10/26/2018 P | P001 | ($31.06) |
| | | 10/23/2018 | SERVICE RETURN CLERK FEE | | P001 | ($6.00) |
| | View Image | 10/23/2018 | NOTICE OF SERVICE | JOHN DEROSIER 10/26/2018 P | | |
| | View Image | 10/23/2018 | SERVICE RETURN | RICHARD HARRELL 10/29/2018 P | P001 | ($33.18) |
| | | 10/23/2018 | SERVICE RETURN CLERK FEE | | P001 | ($6.00) |
| | View Image | 10/23/2018 | NOTICE OF SERVICE | RICHARD HARRELL 10/29/2018 P | | |
| | | 10/19/2018 | *****SENT TO SUIT DEPT**** | New Suit: | P001 | |
| | View Image | 10/19/2018 | New Suit | | P001 | $0.00 |
| | | 10/19/2018 | Party Names Verified - Complete | | | |
| | | 10/19/2018 | Case Caption Verified - Complete | | | |
| | | 10/19/2018 | Proceeding Kind Verified - Complete | | | |
| | | 10/19/2018 | Case Index Verified Status - Complete | | | |
| | | 10/19/2018 | Case Type Verified Status - Complete | | | |
| | | 10/12/2018 | Case Division Randomly Assigned: D | | | |
| | | 10/12/2018 | Party Names Verified - Incomplete | | | |
| | | 10/12/2018 | Proceeding Kind Verified - Incomplete | | | |
| | | 10/12/2018 | Case Index Verified Status - Incomplete | | | |
| | | 10/12/2018 | Case Type Verified Status - Incomplete | | | |
| | | 10/12/2018 | Case Caption Verified - Incomplete | | | |
| | | 10/12/2018 | INITIALIZATION FEE R.S.13:841 (A) (1) | | P001 | ($20.00) |
| | | 10/12/2018 | JUDICIAL EXPENSE FUND | | P001 | ($15.00) |
| | | 10/12/2018 | STATE TREASURER | | P001 | ($25.00) |
| | | 10/12/2018 | CAL. PH. LAW LIBRARY FEE/RS 25:296 | | P001 | ($7.50) |
| | | 10/12/2018 | CIVIL INDIGENT TRANS.FUND LSA RS13:964.1 | | P001 | ($3.00) |
| | | 10/12/2018 | SWLA Bar Fee La. R.S. 13:1000 | | P001 | ($4.75) |
| | | 10/12/2018 | Clerk Fee La. R.S. 13:1000 | | P001 | ($0.50) |
| | | 10/12/2018 | SWLA Law Center Fee La. R.S. 13:1000 | | P001 | ($4.75) |
| | | 10/12/2018 | Supreme Court Reporting RS 13:841.1 | | P001 | ($1.50) |
| | | 10/12/2018 | LA JUDICIAL COLLEGE FEE LA RS 13:126.1 | | P001 | ($1.00) |
| | | 10/12/2018 | INDEXING CHARGE | | P001 | ($16.00) |
| | View Image | 10/12/2018 | PETITION | DAMAGES | P001 | ($22.00) |
| | View Image | 10/12/2018 | VERIFICATION | | P001 | ($6.00) |
| | View Image | 10/12/2018 | REQUEST WRITTEN NOTICE | | P001 | ($6.00) |

41 to 73 of 73 result(s)

First Page  Previous Page  Next Page  Last Page
Searched for case on Tuesday, November 20, 2018 02:17:32 PM

Use of this site means that you have read and agree with the following Disclaimer.
Copyright 2018 © Calcasieu Parish Clerk of Court.  All Rights Reserved.
1000 Ryan Street, Lake Charles, LA 70601.

For questions or comments on this website, send an e-mail to it@calclerkofcourt.com