UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| THOMAS BELL, SR. AND BEULAH BELL | CIVIL ACTION NO. 2:18-CV-01529 |
| VS. | JUDGE SUMMERHAYS |
| CITY OF LAKE CHARLES, ET AL. | MAGISTRATE JUDGE KAY |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, Thomas J. Bell, Sr. and Beulah Bell, who move and upon suggesting to the Court that the above captioned matter has been resolved by the parties, and that they desire that the same be dismissed, with prejudice, with each party to bear their own costs of Court.

WHEREFORE, Plaintiffs pray that the above captioned matter be dismissed, with prejudice, with each party to bear their own costs of Court.

Respectfully Submitted By,

**The Johnson Firm**
910 Ford Street
P. O. Box 849
Lake Charles, La 70602
Telephone: (337) 433-1414
Facsimile: (337) 433-3234

And

**Todd Clemons & Associates, APLC**
1740 Ryan Street

Lake Charles, Louisiana 70601
Telephone: (337) 477-0000

BY:   /s/ *Kilburn S. Landry*
      **KILBURN S. LANDRY** (Bar Roll No. 33230)
      **ADAM P. JOHNSON** (Bar Roll No. 32515)
      **TODD S. CLEMONS** (Bar Roll No. 18168)
      **JANET MADISON** (Bar Roll No. 37495)
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of March, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ *Kilburn S. Landry*